KeyCite Yellow Flag - Negative Treatment
Proposed Legislation

West's Utah Code Annotated
 Title 78a. Judiciary and Judicial Administration (Refs & Annos)
  Chapter 2. Judicial Administration
   Part 1. Judicial Administration

U.C.A. 1953 § 78A-2-107
Formerly cited as UT ST § 78-3-24

§ 78A-2-107. Court administrator--Powers, duties, and responsibilities

Currentness

Under the general supervision of the presiding officer of the Judicial Council, and within the policies established by the council, the administrator shall:

(1) organize and administer all of the nonjudicial activities of the courts;

(2) assign, supervise, and direct the work of the nonjudicial officers of the courts;

(3) implement the standards, policies, and rules established by the council;

(4) formulate and administer a system of personnel administration, including in-service training programs;

(5) prepare and administer the state judicial budget, fiscal, accounting, and procurement activities for the operation of the courts of record, and assist justices' courts in their budgetary, fiscal, and accounting procedures;

(6) conduct studies of the business of the courts, including the preparation of recommendations and reports relating to them;

(7) develop uniform procedures for the management of court business, including the management of court calendars;

(8) maintain liaison with the governmental and other public and private groups having an interest in the administration of the courts;

(9) establish uniform policy concerning vacations and sick leave for judges and nonjudicial officers of the courts;

(10) establish uniform hours for court sessions throughout the state and may, with the consent of the presiding officer of the Judicial Council, call and appoint justices or judges of courts of record to serve temporarily as Court of Appeals, district court, or juvenile court judges and set reasonable compensation for their services;

(11) when necessary for administrative reasons, change the county for trial of any case if no party to the litigation files timely objections to this change;

(12) organize and administer a program of continuing education for judges and support staff, including training for justice court judges;

(13) provide for an annual meeting for each level of the courts of record, and the annual judicial conference; and

(14) perform other duties as assigned by the presiding officer of the council.

**Credits**
Laws 2008, c. 3, § 285, eff. Feb. 7, 2008.

U.C.A. 1953 § 78A-2-107, UT ST § 78A-2-107
Current through the 2017 General Session.

**End of Document**  © 2017 Thomson Reuters. No claim to original U.S. Government Works.

> West's Utah Code Annotated
>   State Court Rules
>     Utah Code of Judicial Administration
>       Part I. Judicial Council Rules of Judicial Administration
>         Chapter 3. Administration of the Judiciary
>           Article 3. Non-Judicial Officers

Judicial Administration Rule 3-301

RULE 3-301. COURT ADMINISTRATORS

Currentness

**Intent:**

To establish the duties, responsibilities, and authority of the administrators of the courts.

**Applicability:**

This rule shall apply to all persons who serve in an administrative support services capacity for courts of record and state-employed administrators of courts not of record.

**Statement of the Rule:**

(1) *General provisions.* The following provisions respecting administrative duties, responsibilities, and authority shall govern the conduct of administrative matters of the courts of the State. Administrative support services for the judiciary shall be organized into a central office known as the Administrative Office. Local trial court administrative offices shall be established when determined necessary by the Council and shall be known as Offices of the Court Executive.

(2) *Qualifications.* The state court administrator, state level administrators, and court executives shall be selected on the basis of professional ability and experience in the field of public administration and shall possess qualifications for office as may be set forth in the job descriptions and have an understanding of court procedures as well as of the nature and significance of court services.

(3) *State court administrator.*

(3)(A) Appointment and tenure. The state court administrator shall be appointed by the Chief Justice of the Supreme Court upon majority vote of the Supreme Court and shall serve at the pleasure of the Council and/or the Supreme Court. The administrator shall be removed from office upon majority vote of the Council concurred in by majority vote of the Supreme Court.

(3)(B) Duties, responsibilities and authority. Under the general supervision of the presiding officer of the Council and within the policies established by the Council, the state court administrator shall:

(3)(B)(i) appoint a deputy court administrator who shall assist the administrator in the performance of his duties and responsibilities;

(3)(B)(ii) organize and administer all of the non-judicial activities of the courts;

(3)(B)(iii) assign, supervise, and direct the work of the non-judicial officers of the courts including the general supervision of court executives;

(3)(B)(iv) implement the standards, policies, and rules established by the Council;

(3)(B)(v) formulate and administer a system of personnel administration for the judiciary including but not limited to:

(3)(B)(v)(a) establishment of uniform personnel policies;

(3)(B)(v)(b) creation and abolishment of positions;

(3)(B)(v)(c) establishment of classification schedules;

(3)(B)(v)(d) approval of all personnel actions;

(3)(B)(v)(e) appointment and removal of employees within the administrator's authority;

(3)(B)(vi) prepare, administer, and manage the state judicial budget and establish a fiscal management system including accounting, auditing and procurement procedures;

(3)(B)(vii) conduct studies of the business of the courts, including the preparation of recommendations and reports relating to them;

(3)(B)(viii) develop uniform procedures for the management of court business;

(3)(B)(ix) maintain liaison with governmental and other public and private groups having an interest in the administration of the courts;

(3)(B)(x) call and appoint judges of courts of record to serve temporarily as Court of Appeals, District Court or Juvenile Court judges as necessary;

(3)(B)(xi) consistent with the provisions of this Code, schedule trials or court sessions, assign judges within courts and throughout the state, reassign cases to judges, and change the county for trial of a case if parties do not object, as necessary;

(3)(B)(xii) organize and administer a program of continuing judicial and non-judicial education;

(3)(B)(xiii) establish and manage a court information system;

(3)(B)(xiv) establish and manage a court facility program;

(3)(B)(xv) provide staff support for the senior judge and court commissioner evaluation program;

(3)(B)(xvi) serve as secretariat to all justice court judicial nominating commissions;

(3)(B)(xvii) approve and execute all leases, contracts, or other documents on behalf of the judiciary;

(3)(B)(xviii) provide technical assistance to the courts upon request or as necessary;

(3)(B)(xix) develop policies regarding the maintenance, retention and disposition of court records;

(3)(B)(xx) serve as public information officer for the courts;

(3)(B)(xxi) perform such other duties as may be assigned by the presiding officer of the Council.

(4) *State level administrators.*

(4)(A) Appointment, supervision and evaluation.

(4)(A)(i) The state court administrator shall appoint an Appellate, District, Juvenile, and Justice Court administrator with the concurrence of the Board which each serves.

(4)(A)(ii) In the event of a vacancy among these positions, the state court administrator shall assume the responsibilities of the office or delegate such responsibilities to another staff member until the vacancy is filled.

(4)(A)(iii) Each state level administrator shall serve at the pleasure of the state court administrator.

(4)(A)(iv) Performance evaluations of the state level administrators shall be conducted by the state court administrator in consultation with the chair of the appropriate Board.

(4)(A)(v) The state court administrator shall supervise the daily activities of the state level administrators.

(4)(B) Duties and responsibilities.

(4)(B)(i) Render assistance and support to the state court administrator in the performance of his duties.

(4)(B)(ii) Serve as staff to the appropriate Board.

(4)(B)(iii) Under the direction of the state court administrator, supervise and conduct performance evaluations of court executives.

(4)(B)(iv) Develop and manage the state budget of the court including expenditures, accounting, and procurement.

(4)(B)(v) Conduct the planning and project development for the court.

(4)(B)(vi) Serve as liaison to the education program for the court.

(4)(B)(vii) Act as intermediary between the Board and the Council.

(4)(B)(viii) Meet with the judges of the local courts at least annually, for purposes of communication and information dissemination.

(4)(B)(ix) Perform such other duties as may be assigned by the state court administrator or the Board.

(5) *Court executives.*

(5)(A) Appointment, supervision and evaluation.

(5)(A)(i) The court executives shall be appointed by the state court administrator after consultation with the state level administrator and with the concurrence of the presiding judge. The court executives shall serve at the pleasure of the state court administrator.

(5)(A)(ii) Under the direction of the state court administrator, the state level administrators, with the local presiding judge, shall develop annually a performance plan for the court executives. At the conclusion of each year, the state level administrator shall consult with the presiding judge in the preparation of a performance evaluation of the court executive.

(5)(A)(iii) The court executive shall coordinate with the presiding judge(s) and the Administrative Office the use of annual leave.

(5)(A)(iv) The court executive shall participate in special projects, attend staff meetings, submit reports, and fulfill other responsibilities as necessary for the administration of the courts as directed by the state level administrator.

(5)(B) Duties and responsibilities. Pursuant to this Code and under the direction of the state level administrator and the presiding judge, the court executive is responsible for the day-to-day supervision of the non-judicial administration of the courts. Such duties include but are not limited to:

(5)(B)(i) hiring and supervision of staff other than judges or court commissioners;

(5)(B)(ii) development and management of budget;

(5)(B)(iii) planning and management of facilities;

(5)(B)(iv) development, maintenance and coordination of intergovernmental relations;

(5)(B)(v) transmission of information to the Boards and the Administrative Office and the distribution of minutes from the Council and Board meetings to individual judges;

(5)(B)(vi) implementation and management of the court calendar as directed by this Code and local rule;

(5)(B)(vii) development and management of court security plans;

(5)(B)(viii) service as secretariat for local administrative court meetings;

(5)(B)(ix) development and implementation of records management systems;

(5)(B)(x) local public information; and

(5)(B)(xi) other duties as assigned by the presiding judge and the state level administrator.

**Credits**
[Amended effective November 1, 1996; November 1, 2007; November 1, 2012.]

Judicial Administration Rule 3-301, UT R J ADMIN Rule 3-301

Current with amendments received through May 1, 2017.

**End of Document**  © 2017 Thomson Reuters. No claim to original U.S. Government Works.