_____
Name

_____
Address

_____
City, State, Zip

_____
Phone

_____
Email

**This is a private record.**

**This is a Tier 2 case.**

I am the  [ ] Petitioner
[ ] Attorney for the Petitioner and my Utah Bar number is _____

In the District Court of Utah

_____ Judicial District _____ County

Court Address _____

| In the Matter of the Guardianship of: | **Petitioner's Affidavit of the Value of Respondent's Estate** Utah Code Section 75-5-303(5)(d)(ii) |
|---|---|
| _____ Respondent | _____ Case Number |
| | _____ Judge |

I am the petitioner in the above-entitled matter and I state that:

(1) The total value of the respondent's estate is $ _____ .

(2) The estate does not include any real property.

(3) The estate includes these assets:

_____

_____

_____

(4) The respondent receives monthly income from these sources in these amounts
(attach additional sheets if needed):

| Income source | Monthly income amount |
|---|---|
|  | $ |
|  | $ |
|  | $ |

I have not included any non-public information in this document.

_____   Sign here ▶ _____
Date
Typed or Printed Name _____

On this date, I certify that _____ (name)
who is known to me or who presented satisfactory identification, in the form of
_____ (form of identification), has, while in my presence and while under oath or affirmation, voluntarily signed this document and declared that it is true.

_____   Sign here ▶ _____
Date
Typed or printed name (Court Clerk or Notary Public) _____

Notary Seal

## Certificate of Service

I certify that I served a copy of this Petitioner's Affidavit of the Value of Respondent's Estate on the following people.

| Person's Name | Method of Service | Served at this Address | Served on this Date |
|---|---|---|---|
| (Respondent or Attorney) | [ ] Mail<br>[ ] Hand Delivery<br>[ ] E-filed<br>[ ] Email (Person agreed to service by email.)<br>[ ] Left at business (With person in charge or in receptacle for deliveries.)<br>[ ] Left at home (With person of suitable age and discretion residing there.) | | |
| (Clerk of Court) | [ ] Mail<br>[ ] Hand Delivery<br>[ ] E-filed | | |
| (Interested Party or Attorney) | [ ] Mail<br>[ ] Hand Delivery<br>[ ] E-filed<br>[ ] Email (Person agreed to service by email.)<br>[ ] Left at business (With person in charge or in receptacle for deliveries.)<br>[ ] Left at home (With person of suitable age and discretion residing there.) | | |
| (Interested Party or Attorney) | [ ] Mail<br>[ ] Hand Delivery<br>[ ] E-filed<br>[ ] Email (Person agreed to service by email.)<br>[ ] Left at business (With person in charge or in receptacle for deliveries.)<br>[ ] Left at home (With person of suitable age and discretion residing there.) | | |

Sign here ►

Date          Typed or Printed Name