Alfred C. Pfeiffer, Jr. (*pro hac vice*)
Kyle A. Virgien (*pro hac vice*)
Dorottya Schranz (*pro hac vice*)
John H. Steinbach (*pro hac vice*)
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, California  94111-6538
Telephone:  415.391.0600
Facsimile:  415.395.8095
al.pfeiffer@lw.com
kyle.virgien@lw.com
dorey.schranz@lw.com
john.steinbach@lw.com

John Mejia (Bar No. 13965)
Leah Farrell (Bar No. 13696)
AMERICAN CIVIL LIBERTIES UNION OF UTAH FOUNDATION, INC.
355 N. 300 W.
Salt Lake City, Utah 84103
Telephone:  801.521.9862
Facsimile:  801.532.2850
aclu@acluutah.org

Claudia Center (*pro hac vice*)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
39 Drumm Street
San Francisco, CA 94111
Telephone: 415.343.0762
Facsimile: 415.395.0950
ccenter@aclu.org

*Attorneys for Plaintiffs Disability Law Center, Katherine C., and Anthony M.*

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| Disability Law Center, Katherine C., and Anthony M.<br><br>　　Plaintiffs,<br><br>v.<br><br>The State of Utah, the Utah Judicial Council, and the Utah Administrative Office of the Courts<br><br>　　Defendants. | **ORDER GRANTING PLAINTIFFS' MOTION TO PROCEED USING PSEUDONYMS**<br><br>Case No. 2:17-cv-00748-RJS-PMW<br><br>District Judge Robert J. Shelby<br><br>Chief Magistrate Judge Paul M. Warner |

On considering Plaintiffs' Motion to Proceed Using Pseudonyms and Memorandum in Support, and the Declaration of Anthony M. in Support of Plaintiffs' Motion to Proceed Using Pseudonyms, the court enters the following order:

Plaintiffs' motion is GRANTED. Plaintiffs Katherine C. and Anthony M. shall be allowed to proceed using pseudonyms.

IT IS SO ORDERED.

DATED this 28th day of August, 2017.

BY THE COURT:

*[signature]*

PAUL M. WARNER
Chief United States Magistrate Judge