BRENT M. JOHNSON (5495)
General Counsel
NANCY J. SYLVESTER (14347)
Associate General Counsel
Administrative Office of the Courts
P.O. Box 140241
Salt Lake City, Utah 84114-0241
Tel: (801) 578-3800

*Counsel for Defendants Utah Judicial Council*
*and the Utah Administrative Office of the Courts*

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| DISABILITY LAW CENTER, KATHERINE C., and ANTHONY M.<br><br>Plaintiffs,<br><br>v.<br><br>THE STATE OF UTAH, THE UTAH JUDICIAL COUNCIL, and the UTAH ADMINISTRATIVE OFFICE OF THE COURTS<br><br>Defendants. | **NOTICE OF ERRATA**<br><br><br>Case No. 2:17-CV-00748-RJS<br><br>Judge Robert J. Shelby<br>Magistrate Judge Warner |

      The Utah Judicial Council and the Utah Administrative Office of the Courts, by and through counsel Brent M. Johnson and Nancy J. Sylvester of the Utah Administrative Office of the Courts, provide the following notice of errata to their Reply Memorandum in Support of Motion to Dismiss. On page 11, the certificate of service, counsel indicated that all parties had been served via the court's CM/ECF electronic filing system on August 15, 2017. The date

1

should be corrected to September 15, 2017.

Dated this 18th day of September, 2017.

/s/Nancy J. Sylvester
Counsel for Defendants Utah Judicial
Council and Utah Administrative Office of
the Courts

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document was delivered to the court's CM/ECF electronic filing system as follows on this 18th day of September, 2017.

Alfred C. Pfeiffer, Jr. (pro hac vice)
Kyle A. Virgien (pro hac vic)
Dorottya Schranz (pro hac vice)
John H. Steinbach (pro hac vice)
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, California   94111-6538
Telephone:   415.391.0600
Facsimile:   415.395.8095
al.pfeiffer@lw.com
kyle.virgien@lw.com
dorey.schranz@lw.com
john.steinbach@lw.com

Claudia Center (pro hac vice)
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
39 Drumm Street
San Francisco, CA 94111
Telephone:   415.343.0762
Facsimile:   415.395.0950
ccenter@aclu.org

John Mejia (Bar No. 13965)
Leah Farrell (Bar No. 13696)
AMERICAN CIVIL LIBERTIES UNION OF
UTAH FOUNDATION, INC.
355 N. 300 W.
Salt Lake City, Utah 84103
Telephone:   801.521.9862
Facsimile:   801.532.2850
aclu@acluutah.org
*Attorneys for Plaintiffs Disability Law Center, Katherine C., and Anthony M.*

DAVID N. WOLF (6688)
ANDREW DYMEK (9277)
BRETT PETERSON (13330)
Assistant Utah Attorneys General
Utah Attorney General's Office
160 East 300 South, Sixth Floor
P.O. Box 140856
Salt Lake City, Utah 84114-0856
Telephone: (801) 366-0100
Facsimile: (801) 366-0101
E-mail: dnwolf@agutah.gov
E-mail: adymek@agutah.gov
Email: brettmpeterson@agutah.gov
*Counsel for Defendant State of Utah*

/s/ Nancy J. Sylvester
Counsel for Defendants Utah Judicial Council and Utah Administrative Office of the Courts

3