Alfred C. Pfeiffer, Jr. (*pro hac vice*)
Kyle A. Virgien (*pro hac vice*)
Dorottya Schranz (*pro hac vice*)
John H. Steinbach (*pro hac vice*)
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: 415.391.0600
Facsimile: 415.395.8095
al.pfeiffer@lw.com
kyle.virgien@lw.com
dorey.schranz@lw.com
john.steinbach@lw.com

John Mejia (Bar No. 13965)
Leah Farrell (Bar No. 13696)
AMERICAN CIVIL LIBERTIES UNION OF UTAH FOUNDATION, INC.
355 N. 300 W.
Salt Lake City, Utah 84103
Telephone: 801.521.9862
Facsimile: 801.532.2850
aclu@acluutah.org

Claudia Center (*pro hac vice*)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
39 Drumm Street
San Francisco, CA 94111
Telephone: 415.343.0762
Facsimile: 415.395.0950
ccenter@aclu.org

*Attorneys for Plaintiffs Disability Law Center, Katherine C., and Anthony M.*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| Disability Law Center, Katherine C., and Anthony M.<br><br>  Plaintiffs,<br><br>v.<br><br>The State of Utah, the Utah Judicial Council, and the Utah Administrative Office of the Courts<br><br>  Defendants. | Case No. 2:17-cv-00748-RJS<br><br>**REQUEST TO SUBMIT FOR DECISION:**<br><br>**PLAINTIFFS' MOTION TO STRIKE UTAH'S NOTICE OF SUPPLEMENTAL AUTHORITIES**<br><br>Judge Robert J. Shelby |

Pursuant to DUCivR 7-3, Plaintiffs hereby request that their Motion to Strike Utah's Notice of Supplemental Authorities (Dkt. No. 71) ("Motion") be submitted for decision.

The Motion was served on October 17, 2017. On October 27, 2017, Defendant The State of Utah served its Opposition to Plaintiffs' Motion (Dkt. No. 73). Plaintiffs view a reply as unnecessary.

Thus, the Motion is ripe for decision.

Plaintiffs do not request a hearing on the motion.

DATED: October 30, 2017   LATHAM & WATKINS LLP

/s/ Kyle Virgien
Alfred C. Pfeiffer, Jr. (*pro hac vice*)
Kyle A. Virgien (*pro hac vice*)
Dorottya Schranz (*pro hac vice*)
John H. Steinbach (*pro hac vice*)
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, California  94111-6538
Telephone: 415.391.0600
Facsimile: 415.395.8095
al.pfeiffer@lw.com
kyle.virgien@lw.com
dorey.schranz@lw.com
john.steinbach@lw.com

Claudia Center (*pro hac vice*)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
39 Drumm Street
San Francisco, CA 94111
Telephone: 415.343.0762
Facsimile: 415.395.0950
ccenter@aclu.org

John Mejia (Bar No. 13965)
Leah Farrell (Bar No. 13696)

1

AMERICAN CIVIL LIBERTIES UNION OF
UTAH FOUNDATION, INC.
355 N. 300 W.
Salt Lake City, Utah 84103
Telephone: 801.521.9862
Facsimile: 801.532.2850
aclu@acluutah.org

Attorneys for Plaintiffs Disability Law Center,
Katherine C., and Anthony M.