Alfred C. Pfeiffer, Jr. (*pro hac vice*)
Kyle A. Virgien (*pro hac vice*)
Dorottya Schranz (*pro hac vice*)
John H. Steinbach (*pro hac vice*)
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, California  94111-6538
Telephone: 415.391.0600
Facsimile: 415.395.8095
al.pfeiffer@lw.com
kyle.virgien@lw.com
dorey.schranz@lw.com
john.steinbach@lw.com

Claudia Center (*pro hac vice*)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
39 Drumm Street
San Francisco, CA 94111
Telephone: 415.343.0762
Facsimile: 415.395.0950
ccenter@aclu.org

John Mejia (Bar No. 13965)
Leah Farrell (Bar No. 13696)
AMERICAN CIVIL LIBERTIES UNION OF UTAH FOUNDATION, INC.
355 N. 300 W.
Salt Lake City, Utah 84103
Telephone: 801.521.9862
Facsimile: 801.532.2850
aclu@acluutah.org

*Attorneys for Plaintiffs Disability Law Center, Katherine C., and Anthony M.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| Disability Law Center, Katherine C., and Anthony M.<br><br>        Plaintiffs,<br><br>v.<br><br>The State of Utah; Gary Herbert in his official capacity as Governor of Utah<br><br>        Defendants. | Case No. 2:17-cv-00748-RJS-PMW<br><br>**PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION FOR LEAVE TO FILE OVER-LENGTH MOTION TO DISMISS**<br><br>Judge Robert J. Shelby<br><br>Chief Magistrate Judge Paul M. Warner |

On January 10, 2018, Defendants the State of Utah and Governor Gary Herbert filed their Motion for Leave to File an Over-Length Motion to Dismiss (Dkt. No. 106). This motion seeks leave to file a 52-page motion to dismiss rather than the 25 pages permitted under DUCivR 7-1(a)(3)(A). Dkt. No. 106, at 2.

The Plaintiffs take no position on whether a 52-page brief is necessary. However, they do not oppose this motion should the Court be inclined to grant it.

DATED: January 10, 2018                LATHAM & WATKINS LLP

                                       /s/ Kyle A. Virgien

                                       Alfred C. Pfeiffer, Jr. (*pro hac vice*)
                                       Kyle A. Virgien (*pro hac vice*)
                                       Dorottya Schranz (*pro hac vice*)
                                       John H. Steinbach (*pro hac vice*)
                                       LATHAM & WATKINS LLP
                                       505 Montgomery Street, Suite 2000
                                       San Francisco, California  94111-6538
                                       Telephone:  415.391.0600
                                       Facsimile:  415.395.8095
                                       al.pfeiffer@lw.com
                                       kyle.virgien@lw.com
                                       dorey.schranz@lw.com
                                       john.steinbach@lw.com

                                       Claudia Center (*pro hac vice*)
                                       AMERICAN CIVIL LIBERTIES UNION
                                       FOUNDATION
                                       39 Drumm Street
                                       San Francisco, CA 94111
                                       Telephone:  415.343.0762
                                       Facsimile:  415.395.0950
                                       ccenter@aclu.org

                                       John Mejia (Bar No. 13965)
                                       Leah Farrell (Bar No. 13696)
                                       AMERICAN CIVIL LIBERTIES UNION OF
                                       UTAH FOUNDATION, INC.

355 N. 300 W.
Salt Lake City, Utah 84103
Telephone: 801.521.9862
Facsimile: 801.532.2850
aclu@acluutah.org


*Attorneys for Plaintiffs Disability Law Center, Katherine C., and Anthony M.*

2