Alfred C. Pfeiffer, Jr. (*pro hac vice*)
Kyle A. Virgien (*pro hac vice*)
Dorottya Schranz (*pro hac vice*)
John H. Steinbach (*pro hac vice*)
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: 415.391.0600
Facsimile: 415.395.8095
al.pfeiffer@lw.com
kyle.virgien@lw.com
dorey.schranz@lw.com
john.steinbach@lw.com

John Mejia (Bar No. 13965)
Leah Farrell (Bar No. 13696)
AMERICAN CIVIL LIBERTIES UNION OF UTAH FOUNDATION, INC.
355 N. 300 W.
Salt Lake City, Utah 84103
Telephone: 801.521.9862
Facsimile: 801.532.2850
aclu@acluutah.org

Claudia Center (*pro hac vice*)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
39 Drumm Street
San Francisco, CA 94111
Telephone: 415.343.0762
Facsimile: 415.395.0950
ccenter@aclu.org

*Attorneys for Plaintiffs Disability Law Center, Katherine C., and Anthony M.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| Disability Law Center, Katherine C., and Anthony M.<br><br>    Plaintiffs,<br><br>v.<br><br>The State of Utah; Gary Herbert in his official capacity as Governor of Utah<br><br>    Defendants. | Case No. 2:17-cv-00748-RJS-PMW<br><br>**JOINT STIPULATION TO DISMISS** <u>**WITH PREJUDICE**</u><br><br>Judge Robert J. Shelby<br><br>Chief Magistrate Judge Paul M. Warner |

Pursuant to a settlement agreement and Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Disability Law Center, Katherine C., and Anthony M., and Defendants the State of Utah and Governor Gary Herbert, by and through their counsel of record, respectfully and jointly submit this Stipulation to Dismiss the above-captioned action with prejudice.  Each party shall bear its own attorneys' fees and costs.

DATED:                                                          Respectfully submitted,

/s/  Kyle A. Virgien                                       /s/  Andrew Dymek

Alfred C. Pfeiffer, Jr. (*pro hac vice*)           DAVID N. WOLF
Kyle A. Virgien (*pro hac vice*)                  LAURA K. THOMPSON
Dorottya Schranz (*pro hac vice*)              ANDREW DYMEK
John H. Steinbach (*pro hac vice*)             Assistant Utah Attorneys General
LATHAM & WATKINS LLP                        Utah Attorney General's Office
505 Montgomery Street, Suite 2000          160 East 300 South, Sixth Floor
San Francisco, California  94111-6538      P.O. Box 140856
Telephone:  415.391.0600                        Salt Lake City, Utah 84114-0856
Facsimile:  415.395.8095                          Telephone: (801) 366-0100
al.pfeiffer@lw.com                                      Facsimile: (801) 366-0101
kyle.virgien@lw.com                                  E-mail: dnwolf@agutah.gov
dorey.schranz@lw.com                              E-mail: lathomps@agutah.gov
john.steinbach@lw.com                             E-mail: adymek@agutah.gov

Claudia Center (*pro hac vice*)                  *Counsel for Defendants The State of Utah and*
AMERICAN CIVIL LIBERTIES                  *Governor Herbert*
UNION FOUNDATION
39 Drumm Street
San Francisco, CA 94111
Telephone:  415.343.0762
Facsimile:  415.395.0950
ccenter@aclu.org

John Mejia (Bar No. 13965)
Leah Farrell (Bar No. 13696)
AMERICAN CIVIL LIBERTIES
UNION OF
UTAH FOUNDATION, INC.
355 N. 300 W.
Salt Lake City, Utah 84103
Telephone:  801.521.9862
Facsimile:  801.532.2850
aclu@acluutah.org

*Attorneys for Plaintiffs Disability Law Center, Katherine C., and Anthony M.*

2