IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| DISABILITY LAW CENTER, KATHERINE C., and ANTHONY M.,<br><br>Plaintiffs,<br><br>v.<br><br>THE STATE OF UTAH; GARY HERBERT in his official capacity as Governor of Utah,<br><br>Defendants. | **ORDER DISMISSING CASE**<br><br>Case No.:  2:17-cv-748-RJS-PMW<br><br>Judge Robert J. Shelby<br><br>Chief Magistrate Judge Paul M. Warner |

Having received the parties' Joint Stipulation to Dismiss With Prejudice,[1] the court hereby orders that the above-captioned action be dismissed with prejudice in its entirety as against all parties.  Each party shall bear its own attorneys' fees and costs.

**SO ORDERED** this 30th day of November, 2018.

BY THE COURT

_____
ROBERT J. SHELBY
United States District Judge

---

[1] Dkt. 138.